IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA



FILED
SEP 11 2024
BONNIE HACKLER
Clerk U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**ROBERT LESTER ASHLEY**,<br><br>*Defendant*. | Case No. CR 24-142 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about June 10, 2024, in the Eastern District of Oklahoma, the Defendant, **ROBERT LESTER ASHLEY** did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

### POSSESSION OF A FIREARM IN FURTHERANCE OF
### A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)]

On or about June 10, 2024, in the Eastern District of Oklahoma, the Defendant, **ROBERT LESTER ASHLEY** did knowingly possess the following firearm, to-wit: one (1) Norinco, Model 213, 9x19mm caliber, semi-automatic pistol, serial number 39000620, in furtherance of a drug

1

trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession With Intent to Distribute Methamphetamine as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT THREE

### FELON IN POSSESSION OF FIREARM AND AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about June 10, 2024, in the Eastern District of Oklahoma, the defendant, **ROBERT LESTER ASHLEY**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm and ammunition, to wit:

- one (1) Norinco, Model 213, 9x19mm caliber, semi-automatic pistol, serial number 39000620;
- four (4) rounds of Aguila brand 9x19mm caliber ammunition;
- one (1) round of Remington brand 9x19 caliber ammunition; and
- one (1) round of Winchester brand 9x19 caliber ammunition

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Three of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 924(c)(1)(A), and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), the defendant, **ROBERT LESTER ASHLEY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, as well as all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- one (1) Norinco, Model 213, 9x19mm caliber, semi-automatic pistol, serial number 39000620;
- approximately four (4) rounds of Aguila brand 9x19mm caliber ammunition;
- approximately one (1) round of Remington brand 9x19 caliber ammunition; and
- approximately one (1) round of Winchester brand 9x19.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

GREGORY DEAN BURRIS, OK Bar #16995
Assistant United States Attorney

3